**SEALED**

FILED
April 8, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: LD
Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**6:25-CR-00108(1)**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v<br>(1) JORDAN ANTHONY PEARCE<br>Defendant | I N D I C T M E N T<br>[COUNT ONE: 18 U.S.C. 7(3) & 2244(a)(5) – Abusive Sexual Contact; COUNT TWO: 18 U.S.C. 7(3) & 2243(a) – Sexual Abuse of a Minor] |

THE GRAND JURY CHARGES:

**COUNT ONE**
**[18 U.S.C. 7(3) & 2244(a)(5)]**

Beginning in or about May, 2022, the exact date unknown to the Grand Jury, and continuing until on or about April 18, 2023, at the Fort Hood (now known as Fort Cavazos) Military Reservation, a place within the special maritime and territorial jurisdiction of the United States, and in the Western District of Texas, the Defendant,

**JORDAN ANTHONY PEARCE,**

did knowingly engage in sexual contact and cause sexual contact, to wit, the intentional touching, not through the clothing, of Victim #1, a person who had not attained the age of 12 years, in violation of Title 18, United States Code, Sections 7(3) and 2244(a)(5).

**COUNT TWO**
**[18 U.S.C. 7(3) & 2243(a)]**

Beginning in or about May, 2020, and continuing until in or about May, 2021, the exact dates unknown to the Grand Jury, at the Fort Hood (now known as Fort Cavazos) Military Reservation, a place within the special maritime and territorial jurisdiction of the United States, and in the Western District of Texas, the Defendant,

**JORDAN ANTHONY PEARCE,**

did knowingly engage in a sexual act with another person, Victim #2, who had attained the age of 12 years but who had not attained the age of 16 years and who was at least four years younger than the Defendant, to-wit, contact between the penis of the Defendant and the mouth of Victim #2, in violation of Title 18, United States Code, Sections 7(3) and 2244(a)(3).

A TRUE BILL

[redacted]

FOREPERSON

MARGARET F. LEACHMAN
ACTING UNITED STATES ATTORNEY

By: ______________________________

MARY F. KUCERA
Assistant United States Attorney