**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **6:25-CR-00108** |
| | § | |
| **JORDAN ANTHONY PEARCE** | § | |

## VERDICT FORM

Answer "not guilty" or "guilty."

1) We, the jury, unanimously find the Defendant, JORDAN ANTHONY PEARCE,

Guilty
"Not Guilty" or "Guilty"

of the offense of *Abusive Sexual Contact* as alleged in Count One of the Second Superseding Indictment.

2) We, the jury, unanimously find the Defendant, JORDAN ANTHONY PEARCE,

Guilty
"Not Guilty" or "Guilty"

of the offense of *Abusive Sexual Contact* as alleged in Count Two of the Second Superseding Indictment.

3) We, the jury, unanimously find the Defendant, JORDAN ANTHONY PEARCE,

Guilty
"Not Guilty" or "Guilty"

of the offense of *Abusive Sexual Contact* as alleged in Count Three of the Second Superseding Indictment.

4) We, the jury, unanimously find the Defendant, JORDAN ANTHONY PEARCE,

Not Guilty
"Not Guilty" or "Guilty"

of the offense of *Transportation of a Minor* as alleged in Count Four of the Second Superseding Indictment.

5) We, the jury, unanimously find the Defendant, JORDAN ANTHONY PEARCE,

Guilty
"Not Guilty" or "Guilty"

of the offense of *Sexual Abuse of a Minor* as alleged in Count Five of the Second Superseding Indictment.

6) We, the jury, unanimously find the Defendant, JORDAN ANTHONY PEARCE,

Guilty
"Not Guilty" or "Guilty"

of the offense of *Sexual Abuse of a Minor* as alleged in Count Six of the Second Superseding Indictment.

7) We, the jury, unanimously find the Defendant, JORDAN ANTHONY PEARCE,

Guilty
"Not Guilty" or "Guilty"

of the offense of *Sexual Abuse of a Minor* as alleged in Count Seven of the Second Superseding Indictment.

8) We, the jury, unanimously find the Defendant, JORDAN ANTHONY PEARCE,

Guilty
"Not Guilty" or "Guilty"

of the offense of *Production or Attempted Production of Child Pornography* as alleged in Count Eight of the Second Superseding Indictment.

9) We, the jury, unanimously find the Defendant, JORDAN ANTHONY PEARCE,

Guilty
"Not Guilty" or "Guilty"

of the offense of *Distributing, Attempting to Distribute or Aiding and Abetting Another in the Distribution of Visual Depictions of Sexual Activities by Minor* as alleged in Count Nine of the Second Superseding Indictment.

10) We, the jury, unanimously find the Defendant, JORDAN ANTHONY PEARCE,

Guilty
"Not Guilty" or "Guilty"

of the offense of *Enticement of a Minor* as alleged in Count Ten of the Second Superseding Indictment.

9/29/26
**DATE**

[redacted]
**JURY FOREPERSON**

## FINAL PAGE OF THE JURY VERDICT

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back to the court room.

I certify that the jury unanimously concurs in every element of the above verdict.

Signed this 29 day of September, 2026.

[redacted]

Jury Foreperson